**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WELLS FARGO BANK N.A. | : | No. 375 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| BRYAN M. BAROSH AND CHRISTOPHER A. BAROSH | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  CHRISTOPHER A. BAROSH | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is

**DENIED**.